THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRES ZAPATA, Appellant. [957 NYS2d 261]

Concur—Friedman, J.P., Acosta, Renwick, Richter and Román, JJ.